UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Robert K. Hardy, )
               Plaintiff, )
 )
    v. ) **JUDGMENT**
 )
Carolyn W. Colvin, ) No. 5:13-CV-8-D
Acting Commissioner of Social Security, )
               Defendant. )
 )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the conclusions in the M&R [D.E. 31] and plaintiff's motion for judgment on the pleadings [D.E. 25] is DENIED, defendant's motion for judgment on the pleadings [D.E. 27] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This judgment filed and entered on February 10, 2014, and served on:**

Charlotte Williams Hall (Via CM/ECF Notice of Electronic Filing)
David N. Mervis (Via CM/ECF Notice of Electronic Filing)

February 10, 2014                                  /s/ Julie A. Richards,
                                                                       Clerk of Court